IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CLAUDIA SONNEN,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　) Case No. 03-797-AS
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　) ORDER
　　　　　　　　　　　　　　　　　　)
AMERUS LIFE INSURANCE COMPANY )
an Iowa corporation,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)


　　　　Bryan W. Dawson
　　　　Larry Dawson
　　　　Dawson & Dawson
　　　　5695 Hood Street
　　　　West Linn, Oregon  97068

　　　　　　　Attorneys for Plaintiff

　　　　John J. Dunbar
　　　　Ball Janik, LLP
　　　　101 S. W. Main Street, Suite 1100
　　　　Portland, Oregon  97204

Page 1 - ORDER

Michael David Pierson
Riddell Williams, PS
1001 Fourth Avenue Plaza, Suite 4500
Seattle, Washington 98154-1065

    Attorneys for Defendant

KING, Judge:

The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on May 4, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections to the F&R. Defendant has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in plaintiff's objections to the F&R, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#94) and DENY plaintiff's motion for summary judgment (#43) and GRANT defendant's motion for summary judgment (#48).

DATED this 23rd day of June, 2005.

    /s/ Garr M. King
    GARR M. KING
    United States District Judge